IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JORGE LUIS ITURRALDE : 
VELEPUCHA :
:
:
:
Petitioner, : 3:26-cv-1590
: (JUDGE MARIANI)
:
v. :
:
TODD BLANCHE, Acting Attorney :
General, *et al.*, :
:
Respondents. :

## ORDER

AND NOW, THIS ___22nd___ DAY OF JUNE 2026, upon consideration of

Petitioner Jorge Luis Iturralde Velepucha's petition for writ of habeas corpus pursuant to 28

U.S.C. § 2241 (Doc. 1), Respondents' response (Doc. 12), Petitioner's traverse (Doc. 13),

and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY**

**ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.

2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Jorge Luis Iturralde

   Velepucha from the custody of the Warden of the Pike County Correctional Facility,

   who has immediate physical custody of Petitioner.

3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

   declaration pursuant to 28 U.S.C. § 1746 **no later than Thursday June 25, 2026, at**

**5:00 P.M.** confirming that Petitioner Jorge Luis Iturralde Velepucha has been released from custody.

4.  Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner Jorge Luis Iturralde Velepucha pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5.  If Respondents elects to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge

2